# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEO HUNTER, | Case No. 3:18-cv-00166-HDM-VPC |
| Petitioner, | **ORDER** |
| v. | |
| ISIDRO BACA, | |
| Respondents. | |

Petitioner has filed an application to proceed in forma pauperis (ECF No. 1) and a petition for a writ of habeas corpus. Petitioner can pay the full filing fee of five dollars ($5.00).

IT IS THEREFORE ORDERED that the application to proceed in forma pauperis (ECF No. 1) is DENIED. Petitioner shall have thirty (30) days from the date that this order is entered to have the filing fee of five dollars ($5.00) sent to the clerk of the court. Failure to comply will result in the dismissal of this action.

IT IS FURTHER ORDERED that the clerk of the court shall send petitioner two copies of this order. Petitioner is ordered to make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED: June 18, 2018

_____
HOWARD D. MCKIBBEN
Chief United States District Judge

1