# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEO HUNTER,<br><br>          Petitioner,<br><br>   v.<br><br>ISIDRO BACA, et al.,<br><br>          Respondents. | Case No. 3:18-cv-00166-HDM-VPC<br><br>**ORDER** |

Respondents having filed a motion for enlargement of time (first request) (ECF No. 11), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (first request) (ECF No. 11) is **GRANTED**. Respondents will have through December 5, 2018, to file and serve a response to the petition (ECF No. 8).

DATED: September 6, 2018.

                                                              HOWARD D. MCKIBBEN<br>
                                                              United States District Judge