# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEO HUNTER, | Case No. 3:18-cv-00166-HDM-CLB |
| Petitioner, | **ORDER** |
| v. | |
| ISIDRO BACA, et al., | |
| Respondents. | |

The court found that petitioner had not exhausted his state-law remedies for grounds 1(A), 1(B), 1(D), and 1(E) of the petition. ECF No. 22. Petitioner has filed a motion for stay while he exhausts those grounds in state court. ECF No. 23. Respondents do not oppose the motion. ECF No. 24.

IT THEREFORE IS ORDERED that petitioner's motion for stay (ECF No. 23) is **GRANTED**.

IT FURTHER IS ORDERED that this action is **STAYED** pending exhaustion of the unexhausted claims. Petitioner shall return to this court with a motion to reopen within forty-five (45) days of issuance of the remittitur by the Nevada Supreme Court at the conclusion of the state-court proceedings. Further, petitioner or respondents otherwise may move to reopen the action and seek any relief appropriate under the circumstances.

1

IT FURTHER IS ORDERED that the clerk of court shall administratively close this action until such time as the court grants a motion to reopen the action.

DATED: December 9, 2019

_____
HOWARD D. MCKIBBEN
United States District Judge