**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEO HUNTER, | Case No. 3:18-cv-00166-HDM-CLB |
| Petitioner, | **ORDER** |
| v. | |
| ISIDRO BACA, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 32), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 32) is **GRANTED**.  Petitioner will have up to and including November 9, 2020, to file an amended petition.

DATED:  August 25, 2020.

_____
HOWARD D. MCKIBBEN
United States District Judge

1