UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LEO HUNTER,

        Petitioner,

  v.

ISIDRO BACA, et al.,

        Respondents.

Case No. 3:18-cv-00166-HDM-CLB

**ORDER**

      This is a habeas corpus action under 28 U.S.C. § 2254.  The court had appointed the Federal Public Defender, upon his request, to represent petitioner.  ECF No. 30.  The deadline for petitioner to file a counseled amended petition is November 9, 2020.  ECF No. 33.  Petitioner has filed a motion for stay, or in the alternative, for an extension of time (second request) (ECF No. 34).  Petitioner states that respondents do not oppose the stay of the action.  Petitioner states that, before he can file his amended petition, he needs to obtain missing trial transcripts to support one of his claims, that he needs to investigate further, and that the ongoing COVID-19 pandemic has put obstacles to completing these tasks.  Petitioner also acknowledges that the one-year period of limitation of 28 U.S.C. § 2244(d)(1) likely has expired long ago.  Petitioner has shown good cause to stay the action.

      Petitioner will need to provide occasional status reports until he moves to reopen this action.

1

IT THEREFORE IS ORDERED that petitioner's motion for stay (ECF No. 34) is **GRANTED**.  This action is **STAYED** until petitioner is ready to file his amended petition. Further, petitioner or respondents otherwise may move to reopen the action and seek any relief appropriate under the circumstances.

IT FURTHER IS ORDERED that petitioner file a status report regarding the case every one hundred twenty (120) days from the date this order is entered, until he moves to reopen this action.

IT FURTHER IS ORDERED that the clerk of court shall administratively close this action until such time as the court grants a motion to reopen the action.

DATED: November 9, 2020

_____
HOWARD D. MCKIBBEN
United States District Judge

2