UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEO HUNTER,<br><br>        Petitioner,<br><br>   v.<br><br>ISIDRO BACA, et al.,<br><br>        Respondents. | Case No. 3:18-cv-00166-HDM-CLB<br><br>**ORDER** |

    This is a stayed habeas corpus action under 28 U.S.C. § 2254. The court had stayed the action until petitioner Leo Hunter was ready to file his amended petition for a writ of habeas corpus. ECF No. 35. Hunter now has filed a motion to reopen and an amended petition. ECF No. 39, 40. The court finds good cause exists to grant Hunter's motion.

    Hunter also has filed a motion for leave to file exhibits under seal. ECF No. 43. The exhibits in question are hospital records and Hunter's presentence investigation report, both of which contain sensitive, confidential information. The court finds that compelling reasons exist to file these exhibits under seal, and the court grants the motion. See Kamakana v. City and County of Honolulu, 447 F.3d 1172, 1178-79 (9th Cir. 2006).

    IT THEREFORE IS ORDERED that petitioner's motion to reopen (ECF No. 39) is **GRANTED**. The clerk of the court is directed to reopen this action and to lift the stay.

1     IT FURTHER IS ORDERED that the court's order of May 11, 2020 (ECF No. 30) remains in effect for potential responses to the amended petition (ECF No. 40) and subsequent briefing.

IT FURTHER IS ORDERED that petitioner's motion for leave to file exhibits under seal (ECF No. 43) is **GRANTED**.

DATED: January 5, 2022

HOWARD D. MCKIBBEN
United States District Judge