**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LEO HUNTER,

               Petitioner,

     v.

ISIDRO BACA, et al.,

               Respondents.

Case No. 3:18-cv-00166-HDM-CLB

**ORDER**

Respondents have filed a request for clarification of order entered 1/5/2022. ECF No. 45. In that order, ECF No. 44, the court omitted that the deadline for filing a response to the amended petition started with the date of entry of that order. The court will correct the omission.

IT THEREFORE IS ORDERED that respondents request for clarification of order entered 1/5/2022 (ECF No. 45) is **GRANTED**.

IT FURTHER IS ORDERED that respondents will have up to and including March 7, 2022, to file an answer or other response to the amended petition (ECF No. 40). The court's scheduling order of May 11, 2020 (ECF No. 30) remains in effect for briefing subsequent to the answer or other response.

DATED: January 12, 2022

_____

HOWARD D. MCKIBBEN
United States District Judge