**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEO HUNTER, | Case No. 3:18-cv-00166-HDM-CLB |
| Petitioner, | **ORDER** |
| v. | |
| ISIDRO BACA, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 50), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 50) is **GRANTED**.  Petitioner will have up to and including July 1, 2022, to file an opposition to the motion to dismiss (ECF No. 49).

DATED: May 6, 2022

_____
HOWARD D. MCKIBBEN
United States District Judge

1