UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEO HUNTER,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>ISIDRO BACA, et al.,<br><br>　　　　　　　Respondents. | Case No. 3:18-cv-00166-HDM-CLB<br><br>**ORDER** |

　　　On July 12, 2022, this Court stayed this counseled habeas matter pending Petitioner Leo Hunter's exhaustion of his unexhausted grounds in state court. (ECF No. 54.) This case was administratively closed. (*Id.*) Hunter now moves to reopen this matter, explaining that his state court proceedings have concluded. (ECF No. 56.) The Court finds good cause to grant the motion.

　　　IT IS THEREFORE ORDERED that Hunter's motion to reopen **[ECF No. 56] is GRANTED**. This case is no longer stayed.

　　　IT IS FURTHER ORDERED that the clerk of court **REOPEN** this matter.

　　　IT IS FURTHER ORDERED that Respondents have 60 days to answer, or otherwise respond to, the amended petition [ECF No. 40]. The remainder of this Court's scheduling order [ECF No. 30] remains in effect.

　　　Dated: July 20, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HOWARD D. MCKIBBEN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE