**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEO HUNTER, | Case No. 3:18-cv-00166-HDM-CLB |
| Petitioner, | **ORDER** |
| v. | |
| ISIDRO BACA, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for extension of time (first request) (ECF No. 61), and good cause appearing;

IT IS THEREFORE ORDERED that Respondents' unopposed motion for extension of time (first request) (ECF No. 61) is GRANTED. Respondents will have up to and including December 8, 2023, to file their reply to their motion to dismiss.

Dated: October 11, 2023

HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE