**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEO HUNTER,<br><br>                     Petitioner,<br><br>v.<br><br>ISIDRO BACA, et al.,<br><br>                     Respondents. | Case No. 3:18-cv-00166-HDM-CLB<br><br>**ORDER** |

Respondents having filed an unopposed motion for extension of time (first request) (ECF No. 65), and good cause appearing;

IT IS THEREFORE ORDERED that Respondents' unopposed motion for extension of time (first request) (ECF No. 65) is GRANTED. Respondents will have up to and including April 19, 2024, to file their answer to the remaining claims in the amended petition.

Dated: March 6, 2024

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE